UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
NOV 09 2005
CLERK

| | | |
|---|---|---|
| JENNIFER VAN METER, | ) | CIV. 05-5044 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| FRESH START CONVENIENCE STORES, INC., | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties, it is hereby

ORDERED that this action is dismissed on its merits, with prejudice, and without costs to any party.

Dated this 9th day of November, 2005.

BY THE COURT:

ANDREW W. BOGUE
SENIOR DISTRICT JUDGE